JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Meghan M. McCalla
Assistant U.S. Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

MELISA ANN JOE (a/k/a Lisa Ann Joe),

Defendant.

**1:17-CR-2059-SMJ**

INDICTMENT

Ct. 1: 42 U.S.C. § 1383a(a)(4) –
Misuse of SSI Benefits

Ct. 2: 18 U.S.C. § 641 – Theft of
Government Funds

Ct. 3 and 4: 18 U.S.C. § 1001 – False
Statement

18 U.S.C. § 981(a)(1)(C) and 28
U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT ONE

Beginning on or about May 1, 2013, and continuing until on or about July 1, 2016, in the Eastern District of Washington, the Defendant, MELISA ANN JOE (a/k/a Lisa Ann Joe), in a matter within the jurisdiction of the Social Security Administration, having made application to receive Supplemental Security Income Benefits payments as Representative Payee for the use and benefit of M.K.J. and having received such benefits

INDICTMENT                                    1

payments, knowingly and willfully converted the benefits payments for her own use rather than for the use and benefit of M.K.J. By such action, Defendant, MELISA ANN JOE a/k/a Lisa Ann Joe, stole approximately $13,296 in Supplemental Security Income Benefits payments to which she knew that she was not entitled, all in violation of 42 U.S.C. § 1383a(a)(4).

## COUNT TWO

Beginning on or about May 1, 2013, and continuing until on or about July 1, 2016, in the Eastern District of Washington, the Defendant, MELISA ANN JOE (a/k/a Lisa Ann Joe), did knowingly convert to her own use money of the Social Security Administration, an agency of the United States, namely, Social Security Supplemental Security Income Benefits payments paid to her as Representative Payee for M.K.J., to which she knew that she was not entitled, having a value of approximately $13,296, all in violation of 18 U.S.C. § 641.

## COUNT THREE

On or about September 14, 2015, in the Eastern District of Washington, the Defendant, MELISA ANN JOE (a/k/a Lisa Ann Joe), in a matter within the jurisdiction of the Executive Branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation by falsely claiming to have care or custody of M.K.J. in an Application for Child's Insurance Benefits with the Social Security Administration, all in violation of 18 U.S.C. § 1001.

INDICTMENT                                    2

## COUNT FOUR

On or about October 27, 2015, in the Eastern District of Washington, the Defendant, MELISA ANN JOE (a/k/a Lisa Ann Joe), in a matter within the jurisdiction of the Executive Branch of the Government of the United States, knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation by falsely claiming on a Representative Payee Report to have used M.K.J.'s Social Security Income benefits for the care and support of M.K.J., all in violation of 18 U.S.C. § 1001.

## **NOTICE OF FORFEITURE ALLEGATIONS**

1.    The allegations contained in this Indictment are hereby re-alleged and incorporated herein by this reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.    Upon conviction of an offense(s) in violation of 18 U.S.C. § 641 Theft of Government Funds as alleged in Count 2, Defendant MELISA ANN JOE (a/k/a Lisa Ann Joe), shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s), all pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The property sought for forfeiture includes, but is not limited to, the following:

MONEY JUDGMENT

A sum of money equal to $13,296.00 in United States currency, representing the amount of proceeds obtained from the theft of government property violation.

If any of the property described above, as the result of any act or omission of Defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

DATED this 12th day of December, 2017.

A TRUE BILL

_____
Presiding Juror

JOSEPH H. HARRINGTON
Acting United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

Meghan M. McCalla
Assistant United States Attorney

INDICTMENT                   4